UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAILEY DAVIS,<br><br>          Plaintiff,<br>     v.<br><br>JUDY KIM,<br><br>          Defendant. | Case No. 3:26-cv-00017-MMD-CLB<br><br>ORDER |

Pro se Plaintiff Hailey Davis brings this action alleging claims related to an "ex parte communication" with an individual. (ECF No. 1-1 ("Complaint").) Before the Court is the Report and Recommendation (ECF No. 6 ("R&R")) of United States Magistrate Judge Carla L. Baldwin, screening the Complaint and recommending that the Court dismiss it without prejudice and with leave to amend. Plaintiff had until January 27, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommends dismissing the Complaint for failure to comply with the Federal Rules of Civil Procedure because the one-page Complaint is vague, extremely brief, and unclear. (ECF No. 6 at 3-4.) The Court agrees with Judge Baldwin.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

The Clerk of Court is directed to file the Complaint (ECF No. 1-1).

It is further ordered that the Complaint is dismissed without prejudice. If Plaintiff chooses to file a first amended complaint curing the deficiencies of her complaint, she must file the amended complaint within 30 days of the date of entry of this order. Failure to do so may result in dismissal for failure to state a claim.

DATED THIS 2nd Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE