UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HAILEY DAVIS,

Plaintiff,

v.

JUDY KIM,

Defendant.

Case No. 3:26-cv-00017-MMD-CLB

ORDER

Plaintiff Hailey Davis initiated this civil rights action on January 8, 2026, by submitting a complaint and an application to proceed in forma pauperis. (ECF Nos. 1, 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending the action be dismissed without prejudice. (ECF No. 12.) Plaintiff had until March 19, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommended dismissing this action without prejudice because on February 2, 2026, the Court dismissed Plaintiff's Complaint without prejudice and granted Plaintiff 30 days of leave to file an amended complaint. (ECF No. 9.) The Court cautioned Plaintiff that failure to file an amended complaint would result in dismissal. (*Id.*) To date, no amended complaint has been filed, and Plaintiff did not object to Judge Baldwin's R&R. The Court

agrees with Judge Baldwin that this action should be dismissed due to Plaintiff's failure to file an amended complaint.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 12) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 23rd Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE